UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mahmood Abdulle Ahmed,

                                                       Civil No. 14-5000 (DSD/BRT)

             Petitioner,

v.

                                        **ORDER**

Joel Brott, Sheriff of Sherburne County; and
Scott Baniecke, Field Office Director, ICE ERO,

             Respondents.

     The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 17, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

     **IT IS HEREBY ORDERED** that Mahmood Ahmed's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE. LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 7, 2015

                                                         s/David S. Doty
                                                         David S. Doty, Judge
                                                         United States District Court